ANCHOR BREWING COMPANY, Appellant, *v.* THE VILLAGE OF DOBBS FERRY, Respondent.

*Anchor Brewing Co.* v. *Dobbs Ferry,* 84 Hun, 274, affirmed.
(Argued June 10, 1898; decided June 24, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered February 23, 1895, upon an order affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint upon the merits, on trial at Special Term.

*Eugene Treadwell, Henry L. Scheuerman* and *Alfred Lauterbach* for appellant.

*W. J. Townsend* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.